# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JANET POSEY SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 2:20-cv-00155-JB-B |
| | ) |
| **VAUGHAN REGIONAL MEDICAL CENTER, LLC,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Janet Posey Smith ("Plaintiff"), and files this Notice of Settlement to inform the Court that the parties have reached an agreement to resolve the above-captioned matter. Plaintiff anticipates that within the next forty-five (45) days the settlement agreement will be agreed upon and will be executed; at that time, a Joint Stipulation of Dismissal will be filed.

**WHEREFORE**, premises considered, Plaintiff hereby files this Notice of Settlement.

Respectfully Submitted, this the 19th day of November 2020.

/s/ Cassie E. Taylor
Cassie E. Taylor
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334-356-5314
Facsimile: 334-819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 19th day of November 2020 to the following:

David L. Brown, Jr.
Watkins & Eager PLLC
1904 1st Avenue North
Suite 300
Birmingham, Alabama 35203
Telephone: (205) 598-2100
Facsimile: (205) 449-1750
Email: dbrown@watkinseager.com
*Counsel for Defendant*

Robert B. Ireland, III
Watkins & Eager PLLC
P.O. Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1829
Facsimile: (601) 965-1901
Email: rireland@watkinseager.com
*Counsel for Defendant*

/s/ Cassie E. Taylor
Cassie E. Taylor
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334-356-5314
Facsimile: 334-819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*